## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ronquillo, Sergio  
Ronquillo, Maria  
Printed: 10/16/07

Case Number: 07 B 13914  
Judge: Squires, John H  
Filed: 8/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 5, 2007  
Confirmed: None

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 2. | World Financial Network Nat'l | Secured | 0.00 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 4. | World Financial Network Nat'l | Secured | 0.00 | 0.00 |
| 5. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 6. | Care Credit | Unsecured | 0.00 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 8. | Sam's Club | Unsecured | 0.00 | 0.00 |
| 9. | Care Credit | Unsecured | 0.00 | 0.00 |
| 10. | Select Comfort | Unsecured | 0.00 | 0.00 |
| 11. | World Financial Network Nat'l | Unsecured | 0.00 | 0.00 |
|  |  |  | _____ | _____ |
|  |  |  | $ 0.00 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ronquillo, Sergio<br>Ronquillo, Maria<br>Printed:  10/16/07 | Case Number:  07 B 13914<br>Judge:  Squires, John H<br>Filed:  8/2/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                          Marilyn O. Marshall, Trustee, by:

                                          */s/ Denise Ashley*